IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| KENDON HAUGE SCHWEBKE, <br><br> Petitioner, <br><br> vs. <br><br> JOHN FAYRAM, <br><br> Respondent. | No. C09-0070-LRR <br><br> ORDER |

This matter is before the court on the petitioner's application for a writ of habeas corpus. The petitioner filed such application on May 22, 2009. The petitioner paid the statutory filing fee. *See* 28 U.S.C. § 1914. Currently confined at the Anamosa State Penitentiary in Anamosa, Iowa, the petitioner brings this action under 28 U.S.C. § 2254 to challenge the legality of his conviction and resulting confinement. In the Iowa District Court for Hardin County, the petitioner was convicted of murder in the second degree, in violation of Iowa Code section 707.3. *See State v. Schwebke*, 2004 Iowa App. LEXIS 1084 (Iowa Ct. App. 2004); *State v. Schwebke*, No. FECR010961 (Hardin County Dist. Ct. 2003); *see also Schwebke v. State*, 2009 Iowa App. LEXIS 186 (Iowa Ct. App. 2009); *Schwebke v. State*, No. PCCV079873 (Hardin County Dist. Ct. 2007).[1]

The Clerk of Court is directed to send a copy of the application for a writ of habeas corpus by certified mail to the respondent and the Iowa Attorney General in accordance with Rule 4, Rules Governing Section 2254 Cases. The respondent is directed to file an

---

[1] Iowa state court criminal and civil records may be accessed at the following address: http://www.judicial.state.ia.us/Online_Court_Services/. *See Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005) (addressing court's ability to take judicial notice of public records).

answer to the application for a writ of habeas corpus in accordance with Rule 5, Rules Governing Section 2254 Cases, by no later than July 6, 2009.

**IT IS SO ORDERED.**

**DATED** this 2nd day of June, 2009.

_____
JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT